UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOURAD KARIM MAES; JOHN ALLEN RICKS, | |
| Plaintiffs, | |
| -against- | 24cv1404 (LTS) |
| KATHLEEN HOCHUL GOVERNOR; LETITIA JAMES ATTORNEY GENERAL; SANDRA JEFFERSON GRANNUM ATTORNEY GENERAL, | CIVIL JUDGMENT |
| Defendants. | |

For the reasons stated in the July 8, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 10, 2024
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge